**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/11/22
```

TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, and APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND, the CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK, and the NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS,

                    Petitioners,

    -against-

RELIABLE BUILD, INC.,

                    Respondent.

**21 Civ. 9332 (VM)**

**ORDER**

**VICTOR MARRERO**, United States District Judge.

    This action was commenced on November 11, 2021. (Dkt. No. 1.) At that time, Petitioner filed a petition to confirm arbitration award, along with certain additional materials in support thereof. (Dkt. No. 5.) An affidavit of service was filed on November 17, 2021. (Dkt. No. 7.) The public file contains no further entries, and no other communication with the Court has been received.

    **IT IS HEREBY ORDERED** that Petitioner shall inform the Court within seven (7) days of the date of this Order concerning the status of this litigation and whether the motion to confirm the arbitration award will be opposed.

**SO ORDERED.**

Dated:  January 11, 2022
        New York, New York

Victor Marrero
U.S.D.J.