UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND,
ANNUITY FUND, AND
APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND
INDUSTRY FUND, TRUSTEES OF THE
NEW YORK CITY CARPENTERS RELIEF
AND CHARITY FUND, CARPENTER
CONTRACTOR ALLIANCE OF METROPOLITAN
NEW YORK, and the NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS,

                Petitioners,                21 **CIVIL** 9332 (VM)

    -against-                           **JUDGMENT**

RELIABLE BUILD, INC.,
                Respondent.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated January 25, 2022, the Petition to confirm an arbitration award from Petitioners (1) Trustees of the New York City District Council of Carpenters Pension Fund, Welfare Fund, Annuity Fund, and Apprenticeship, Journeyman Retraining, Educational and Industry Fund, (2) the Trustees of the New York City Carpenters Relief and Charity Fund, (3) the Carpenter Contractor Alliance of Metropolitan New York, and (4) the New York City District Council of Carpenters (collectively "Petitioners") is GRANTED; Judgment is entered as follows: (a) Petitioners are awarded $407,104.54 plus interest from August 12, 2021-the date of the arbitration award-through the date of the Order with interest accruing at 5.25% per annum, in the amount of $9,720.32; (b) Petitioners are awarded post-judgment interest after the date of the Order, which shall be calculated at the statutory rate; and (c) Petitioners are

awarded $1,527.50 in attorneys' fees and $77 in costs arising from the Petition**.**

**Dated**: New York, New York
January 25, 2022

                                      **RUBY J. KRAJICK**
                                      **Clerk of Court**
**BY:**   *K. Mango*
                                      **Deputy Clerk**